PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

* ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ
† DECEASED

SENIOR ASSOCIATES

**STEPHEN L. MARTIR
**ANDREW K. PRESTON
DEANNA D. PANICO

ASSOCIATES

† BRIAN A. SUPER
PETER OLIVERI, JR.
RHODA Y. ANDORS
JASON S. GREENFIELD
THEODORE GORALSKI
MORGAN A. CLINE

# BEE READY FISHBEIN HATTER & DONOVAN, LLP

## BRFH&D

ATTORNEYS-AT-LAW

January 4, 2021

Hon. A. Kathleen Tomlinson
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re: Amato v. County of Nassau, et al.
         Docket No. 17-cv-2974 (GRB)(AKT)

Dear Magistrate Judge Tomlinson:

This law firm represents the Defendants in the above-referenced action. We are writing to respectfully request an adjournment of the settlement conference presently scheduled for January 15, 2020. This is the first request by either party for an adjournment of the settlement conference, and Plaintiff's counsel consents to the requested adjournment.

An adjournment is needed in order to have meaningful settlement discussions at the upcoming conference. Over the past several weeks (and still ongoing), the undersigned counsel and the Defendant County of Nassau have been fully consumed in settling two large collective action FLSA cases, each containing several hundred opt-in plaintiffs, *Gurrieri, et al. v. County of Nassau*, 16-cv-6983 (GRB)(SIL) and *Chodkowski, et al. v. County of Nassau*, 16-cv-5770 (GRB)(AYS). As a result, the undersigned counsel has been unable to prepare the necessary memorandums and take the necessary steps to obtain settlement authority from the County in this action. For a meaningful settlement conference to take place, additional time is needed. I apologize to the Court for this delay and any inconvenience.

Both parties, and counsel for both parties, are available on the following dates: March 1st, March 3rd, March 5th, and March 8th.

We thank the Court for its kind consideration.

            Respectfully submitted,

            Deanna D. Panico